No. 78–6872. MOONEY *v.* GEORGIA. Sup. Ct. Ga. Certiorari denied. MR. JUSTICE BRENNAN, MR. JUSTICE WHITE, and MR. JUSTICE MARSHALL would grant certiorari.

No. 79–5091. PAPP *v.* OHIO. Sup. Ct. Ohio. Certiorari denied. MR. JUSTICE BRENNAN, MR. JUSTICE WHITE, and MR. JUSTICE MARSHALL would grant certiorari.

No. 78–6900. HERBERT *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. MR. JUSTICE STEWART would grant certiorari.

No. 79–5003. DIGERONIMO *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. MR. JUSTICE STEWART would grant certiorari.

No. 78–6906. SPEIGHT *v.* GEORGIA. Ct. App. Ga. Certiorari denied. MR. JUSTICE BRENNAN and MR. JUSTICE MARSHALL would grant certiorari and reverse the conviction.

No. 79–10. UNIVERSITY OF TENNESSEE ET AL. *v.* GEIER ET AL. C. A. 6th Cir. Motion of University of Tennessee at Nashville Chapter of American Association of University Professors for leave to file a brief as *amicus curiae* granted. Certiorari denied. MR. JUSTICE MARSHALL took no part in the consideration or decision of this motion and petition.

No. 79–55. TENNESSEE HIGHER EDUCATION COMMISSION *v.* GEIER ET AL. C. A. 6th Cir. Certiorari denied. MR. JUSTICE MARSHALL took no part in the consideration or decision of this petition.

No. 79–5016. COBB *v.* SOUTHERN RAILWAY Co. C. A. 5th Cir. Certiorari denied. MR. JUSTICE POWELL took no part in the consideration or decision of this petition.